

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2019

No. 04-19-00476-CV

**IN THE INTEREST OF A.R.R., A CHILD**

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 18-05-24951-CV
Honorable Cathy Morris, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2.

The reporter's record was originally due to be filed in this appeal on July 22, 2019. On July 19, 2019, the court reporter responsible for preparing the record notified this court that she had not received payment for the record. On July 22, 2019, this court ordered appellant to provide written proof to this court that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. Our order stated that if appellant failed to respond within the time provided, appellant's brief would be due within twenty days of the date of the order, and the court would consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

On August 21, 2019, the attorney who was retained to represent appellant at trial filed a motion to withdraw. The motion stated good cause existed for the withdrawal based on communication issues and appellant's representation that she intended to retain new counsel for the appeal. By order dated August 27, 2019, we abated this appeal to the trial court for a ruling on the motion to withdraw.

On September 5, 2019, a supplemental clerk's record was filed containing an order signed by an associate judge denying the motion to withdraw. Appellant's attorney requested a de novo review. On September 27, 2019, a supplemental clerk's record was filed containing the trial court's order adopting a prior order granting a motion to withdraw filed by the same attorney. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. Based on the trial court's orders, appellant is proceeding pro se or without representation by an attorney.

Appellant is ordered to provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within twenty days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2019.

_____
Luz Estrada,
Chief Deputy Clerk